STATE OF NEW JERSEY v. DARRYL GRADY.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MELVIN STAMPS.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL CHASE.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN S. RODDY, JR.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LESTER WILSON.

May 24, 1988.

Petition for certification denied.